UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAELA PIERCE,

                Plaintiff,

      - against -

MIDLAND FUNDING, LLC and
EQUIFAX INFORMATION SERVICES, LLC,

                Defendants.

**ORDER**

22 Civ. 1253 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein against Defendant Midland Funding, LLC have been settled (see Dkt. No. 16), it is ORDERED that Plaintiff's claims against Midland Funding be, and hereby are, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, either party may apply by letter within the forty-five-day period for restoration of Midland Funding as a Defendant, in which event Midland Funding will be restored as a Defendant. As to Midland Funding only, any pending dates and deadlines are adjourned sine die, and any pending motions are moot. The Clerk of Court is directed not to close the case.

Dated:  New York, New York
         April 11, 2022

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge